AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

*Filed*
*1/11/12*

UNITED STATES OF AMERICA

vs.

JASON CLAY THOMAS
 a/k/a David Anthony Allen

**CRIMINAL COMPLAINT**

CASE NUMBER: 6:12-mj- 1014

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about September 29, 2011, in Orange County, in the Middle District of Florida, defendant, an alien who previously had been deported from the United States, was thereafter found to be voluntarily in the United States, without first obtaining the consent of the United States Attorney General or the Secretary for the Department Homeland Security to apply from re-admission to the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2). I further state that I am a Deportation Officer with Immigration and Customs Enforcement, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Signature of Complainant
Mark Annotti

Sworn to before me and subscribed in my presence,

January 11, 2012                              at            Orlando, Florida

KARLA R. SPAULDING
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

C:\Users\EJackson.FLMD\AppData\Local\Temp\notes6254C6\Thomas Complaint.wpd

STATE OF FLORIDA                                    CASE NO. 6:12-mj- 10 14

COUNTY OF ORANGE

### CRIMINAL COMPLAINT AFFIDAVIT

I, Mark Annotti, having been duly sworn, hereby make the following statement in support of the attached criminal complaint:

1.      I am a Deportation Officer (DO) with the Department of Homeland Security, United States Immigration and Customs Enforcement (DHS/ICE), and have been employed with DHS/ICE for eight (8) years. I am currently appointed as the Violent Criminal Alien Section (VCAS) Officer assigned to Enforcement Removal Operations (ERO), Orlando, Florida. My duties include the investigation and prosecution of cases involving persons who illegally have reentered the United States after having been removed or deported.

2.      The information set forth in this affidavit is based on my investigation, information supplied to me by other law enforcement officers and agents, and information contained within various government databases and records. Because this affidavit is submitted for the limited purpose of establishing probable cause to support the issuance of a criminal complaint, I have not included details of all aspects of my investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause that a violation of federal law has been committed.

3.      On September 29, 2011, Jason Clay **THOMAS**, a/k/a David Anthony ALLEN (DOB: xx/xx/1976; Alien File Number: A xxx xxx 587; FBI: xxxxx2HB8), was arrested by the Orange County Sheriff's Office (SO). The Orange County SO booked

1

THOMAS into the Orange County Jail, Orlando, Florida, based on local charges (possession of marijuana and possession of drug paraphernalia).  The Orange County Jail booking system automatically forwarded THOMAS's information to the ICE Secure Communities Initiative (SCI) Interoperability Response Center (IRC) in Miami, Florida. On September 30, 2011, the ICE SCI IRC verified THOMAS's identity, and identified him as a person who was probably in the United States illegally.  The IRC filed an ICE immigration detainer on him with the Orange County Jail and forwarded the case to ERO Orlando.

4.      On September 30, 2011, THOMAS was interviewed and fingerprinted by Immigration Enforcement Agent (IEA) Adalberto Arroyo at the Orange County Jail.  Prior to questioning, THOMAS was advised of his Miranda rights in English.  THOMAS voluntarily waived his rights and consented to a sworn statement.  Post Miranda, THOMAS claimed that his true name is Jason THOMAS; he has used the alias "David Allen"; he was born on xx/xx/1976, in Spanish Town, Jamaica; he is a citizen of Jamaica; he was previously ordered deported and physically removed from the United States in 2001 from Texas to Jamaica; he last illegally entered the United States about three years ago by boat; and he never applied to the Attorney General of the United States and/or the Secretary of the Department of Homeland Security for permission to re-enter the United States after being removed/deported from the United States.  IEA Arroyo administratively served THOMAS a Reinstatement of Prior Order of Removal (Form I-871) and verified that he had an ICE immigration detainer on file with the Orange County Jail.

2

5.    On October 12, 2011, IEA Arroyo submitted a set of fingerprints taken from **THOMAS** on September 30, 2011, while he was at the Orange County Jail, to the Federal Bureau of Investigation Criminal Justice Information Services Division (also referred to as IAFIS).  The above noted set of fingerprints were analyzed and found to match **THOMAS's** (under his true name **Jason Clay THOMAS**) and FBI number xxxxx2HB8.  FBI number xxxxx2HB8 reflects **THOMAS's** Alien File Number (A xxx xxx 587); his prior criminal Texas arrest and conviction in 2002; his prior and current immigration encounters; and his current Florida arrest.  **THOMAS's** case was forwarded to me because it falls under the guidelines of my assigned duties as the Violent Criminal Alien Section (VCAS) Officer.

6.    A review of various databases and ICE records disclosed that **THOMAS** has an Alien File (A xxx xxx 587); he was born on xx/xx/1976, in Spanish Town, Jamaica, and is a citizen of Jamaica; he was administratively ordered deported/removed from the United States to Jamaica by an Immigration Judge on March 11, 2003; he was physically removed from the United States to Jamaica on July 31, 2003; and he never applied to the Attorney General of the United States and/or the Secretary of the Department of Homeland Security for permission to re-enter the United States after being removed/deported from the United States.  A criminal history check revealed that **THOMAS** was convicted of possession of marijuana, more than 50 pounds but less than 2000 pounds, a felony violation of Texas law, on August 21, 2002, and sentenced to 2 years' imprisonment.

7.    Based on the foregoing, I believe that there is probable cause to believe that **THOMAS** was found to be in the United States voluntarily after being previously removed or deported, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

8.    This concludes my affidavit.

Mark Annotti
Deportation Officer
Immigration & Customs Enforcement

Subscribed and sworn to before me
This 11th day of January 2012.

The Honorable Karla R. Spaulding
United States Magistrate Judge

4